IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02241-RPM

BROWNSTEIN HYATT FARBER SCHRECK, LLP
a Colorado limited liability partnership

      Plaintiff,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation, individually and as Agent for its Participating Lenders

      Defendants.

_____

**ORDER**
_____

      THIS MATTER is before the Court on the Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b) (Dkt. No. 17) (the "Motion"). The Court has reviewed the Motion and the file and is otherwise advised on the matter.  It is hereby

      ORDERED that the Plaintiff shall have up to and including January 7, 2013 in which to file its response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b).

      DATED this 7th  day of December, 2012.

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge