IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-02241-RPM

BROWNSTEIN HYATT FARBER SCHRECK, LLP
a Colorado limited liability partnership

    Plaintiff,

v.

HYPO REAL ESTATE CAPITAL CORPORATION, a Delaware corporation, individually and as Agent for its Participating Lenders

    Defendants.

## ORDER

THIS MATTER is before the Court on the Sixth Unopposed Motion to Extend Time to Respond to Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b) (Dkt. No. 17) (the "Motion"). The Court has reviewed the Motion and the file and is otherwise advised on the matter.

It is hereby ORDERED that the Plaintiff shall have up to and including June 28, 2013 in which to file its response to Defendant's Motion to Dismiss Plaintiff's Amended Complaint and Jury Demand Pursuant to Fed.R.Civ.P. 12(b).

DATED this 30th day of May, 2013.

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge