IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-002241 RPM-BNB

BROWNSTEIN HYATT FARBER SCHRECK, LLP,
a Colorado limited liability partnership

       Plaintiff,
v.

HYPO REAL ESTATE CAPITAL CORPORATION,
a Delaware corporation.

       Defendant.
_____

**ORDER GRANTING**
**JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE**
_____

       The Court, having considered the Joint Motion to Dismiss all Claims with Prejudice, hereby GRANTS the Motion.

       It is hereby ORDERED that the above-captioned matter and all claims, causes of action, demands, and requests for relief asserted therein are dismissed with prejudice.

       DATED this 6th day of February, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge